JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY NGUYEN, | CV 25-3508 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHUBB INSURANCE CORPORATION, GRAB HOLDINGS SINGAPORE, GRAB COMPANY, LLC, and LE VAN SUONG, | |
| Defendants. | |

Pursuant to the Court's June 20, 2025 Minute Order dismissing this action for lack of subject matter jurisdiction,,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 20, 2026

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE